

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00029-CV

**TEXAS MUTUAL INSURANCE COMPANY**,
Appellant

v.

**VERACITY AVIATION LLC**; Robinson Helicopter Company; Gillespie Air Services, Inc.
and Gillespie Air Services, Inc. d/b/a Fredericksburg FBO; Eric A. Spitzer LLC; Gary D.
Monroe and J. Travis Monroe, as the representative of the Estate of Chester S. Monroe; and John
Doe, Temporary Administrator of the Estate of Chester E. Monroe,
Appellees

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 14-472
Honorable Kirsten Cohoon, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, appellant's motion to dismiss this appeal is GRANTED, and the appeal is DISMISSED. *See* TEX. R. APP. P. 42.1(a). However, costs of appeal are taxed against appellant. *See id.* 42.1(d) (requiring court to assess costs against the appellant absent agreement of the parties).

SIGNED March 25, 2020.

Irene Rios, Justice